*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Victoria's Kitchen LLC<br>  Debtor(s) | )<br>)<br>) | Case No. 25–13380–djb<br>Chapter 11 |
| Victoria's Kitchen LLC<br>  Plaintiff(s) | )<br>)<br>)<br>) | Adversary No. 25–00214–djb |
| v. | )<br>) | |
| American Express Company<br>  Defendant(s) | )<br>) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before October 30, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before November 4, 2025.

    Address of the clerk                                  Eastern District of Pennsylvania
                                                                        900 Market Street
                                                                         Suite 400
                                                                         Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney               MICHAEL I. ASSAD
                                                                 Sadek Law Offices, LLC
                                                                 1500 JFK Boulevard
                                                                 Ste 220
                                                                 Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                                                For The Court

                                                                                                                 Mohung Wong
                                                                                                                  Clerk of Court

Date: September 30, 2025