# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Victoria's Kitchen LLC, *Debtor*. | Case No. 25-13380-djb<br>Chapter 11 |
| Victoria's Kitchen LLC, *Plaintiff*,<br><br>v.<br><br>American Express National Bank, *Defendant*. | Adversary No. 25-00214-djb |

**Praecipe to Re-Issue Summons**

To the Clerk of Court:

    Please issue an alias summons in this matter. Thank you.

Date: October 7, 2025

**SADEK LAW OFFICES LLC**
*Attorney for Plaintiff*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com