*Form L247* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Victoria's Kitchen LLC<br>  Debtor(s) | ) <br> ) <br> ) | Case No. 25–13380–djb <br> Chapter 11 |
| Victoria's Kitchen LLC <br>   Plaintiff(s) | ) <br> ) <br> ) | Adversary No. 25–00214–djb |
| v. | ) <br> ) | |
| American Express Company, et al. <br>   Defendant(s) | ) <br> ) | |

## AMENDED SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before November 7, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before November 12, 2025.

    Address of the clerk                                    Eastern District of Pennsylvania  
                                                                           900 Market Street  
                                                                           Suite 400  
                                                                           Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney              MICHAEL I. ASSAD  
                                                                        Sadek Law Offices, LLC  
                                                                        1500 JFK Boulevard  
                                                                        Ste 220  
                                                                        Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                         For The Court

                                                                                         Mohung Wong  
                                                                                         Clerk of Court

Date: October 8, 2025