## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Victoria's Kitchen LLC,** | : | **Chapter 11** |
| **Debtor.** | : | **Case No. 25-13380 (DJB)** |
| | : | |
| **Victoria's Kitchen LLC,** | : | |
| **Plaintiff.** | : | |
| v. | : | |
| **American Express Company, et al** | : | **Adv. No. 25-00214 (DJB)** |
| **Defendant.** | : | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on September 29 2025;

**AND** the Defendant's Answer having been due on November 7, 2025;

**AND** no answer or responsive pleading having been filed;

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before December 24, 2025**. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.1

**Date: December 10, 2025**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**

---

1 Prior to filing a motion for default judgment, a plaintiff must obtain the entry of default from the Clerk's Office. See Rule 55(a).